| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Polster, Dan A. | U.S. Dist. Ct., ND Ohio | 06/15/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge--Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States District Judge
18B Carl B. Stokes U.S. Court
Cleveland, Ohio 44113

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Lifetime Trustee | Agnon School |
| 2. | Trustee | Siegal Lifelong Learning Center/CWRU |
| 3. | Trustee | Jewish Education Center of Cleveland |
| 4. | Vice Chairman and Trustee | Jewish Federation of Cleveland |
| 5. | Trustee | Bellefaire Jewish Children's Bureau |
| 6. | Trustee | family trust |
| 7. | Board of Directors | Federal Bar Assn (Cleveland chapter) |
| 8. | Board of Directors | Mt. Sinai Health Care Foundation |
| 9. | Board of Directors | Global Cleveland |
| 10. | Board of Directors | William K. Thomas Inn of Court |
| 11. | Trustee | Mandel Foundation |
| 12. | Trustee | Mandel Supporting Foundation |
| 13. | Trustee | Yanowitz Supporting Foundation |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/15/2016 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | U.S. Civil Service Retirement System (CSRS) vested pension for Dept. of Justice service (1976-1998); to be paid upon retirement from judicial service |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Park Synagogue (Stipend for teaching 10th grade Confirmation class) | $2,690.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Coleman Law LLC (sole practice) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 1/29--1/30/15 | New York, N.Y. | Participate on panel at CLE | Air fare, hotel |
| 2. | Federal Judges Association | 4/13--4/15/15 | Washington, D.C. | Attend board meeting | Air far, hotel, meals |
| 3. | NYU Law School | 9/10--9/11/15 | New York, N.Y. | Attend meeting of Civil Jury Project | Air fare, hotel, meals |
| 4. | Employment Law Institute | 10/21/15 | New York, N.Y. | Participate on panel at CLE | Air fare |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/15/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Money Market Funds (MLynch) | A | Interest | J | T | | | | | |
| 2. Oakmark Intl Fund | A | Dividend | J | T | | | | | |
| 3. Baron Growth Fd | A | Dividend | J | T | | | | | |
| 4. GNM P41107 bonds | B | Dividend | J | T | | | | | |
| 5. Templeton Global Bd Fd | A | Dividend | | | Sold | 11/06/15 | K | A | |
| 6. Cohen & Steers Reit Fd | A | Dividend | K | T | | | | | |
| 7. Mainstay Large Cap Fd | A | Dividend | K | T | | | | | |
| 8. NFJ Div Int Prem Strat Fd | A | Dividend | J | T | | | | | |
| 9. Amer.Funds Wash Fd | A | Dividend | J | T | | | | | |
| 10. Eaton Vance Tax-Ad Gl Div Fd | A | Dividend | K | T | | | | | |
| 11. Cohen & Steers Pref | A | Dividend | J | T | | | | | |
| 12. Guggenheim Total Return Fd | A | Dividend | K | T | Buy | 02/18/15 | K | | |
| 13. Mainstay Unconstrained Bond Fd | A | Dividend | | | Sold | 02/18/15 | K | A | |
| 14. | | | | | | | | | |
| 15. Liberty Acorn Tr Fd | A | Dividend | K | T | | | | | |
| 16. Jazz Pharmaceuticals PLC | A | Dividend | K | T | Buy | 11/04/15 | K | | |
| 17. Celgene Corp | A | Dividend | K | T | Buy | 01/06/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Chevron/Texaco | A | Dividend | K | T | | | | | |
| 19. Intel | A | Dividend | K | T | | | | | |
| 20. Goldman Sachs Money Mkt | A | Dividend | K | T | | | | | |
| 21. Costco Wholesale Corp | A | Dividend | K | T | | | | | |
| 22. Vanguard Mid-Cap Fd | A | Dividend | K | T | | | | | |
| 23. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 24. Mylan, Inc. | A | Dividend | | | Sold | 11/21/15 | J | A | |
| 25. FedEx Corp. | A | Dividend | K | T | | | | | |
| 26. Du Pont De Nemours | A | Dividend | K | T | | | | | |
| 27. Facebook Inc. | A | Dividend | K | T | | | | | |
| 28. Baxter International | A | Dividend | | | Sold | 03/11/15 | K | A | |
| 29. Timkensteel Corp | A | Dividend | | | Sold | 01/06/15 | J | A | |
| 30. | | | | | | | | | |
| 31. Tenneco common | A | Dividend | J | T | | | | | |
| 32. Embarq (spinoff) | A | Dividend | J | T | | | | | |
| 33. Windstream (spinoff) | A | Dividend | J | T | | | | | |
| 34. CS&L Reit | A | Dividend | J | T | Buy | 3/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   Nomura Partners Japan Fund Class S | A | Dividend | J | T | | | | | |
| 36.   Unicom (formerly Comm. Ed. Preferred) | A | Dividend | J | T | | | | | |
| 37.   Roulston Growth Fd | A | Dividend | J | T | | | | | |
| 38.   PNC Bank (formerly National City)--check | A | Interest | J | T | | | | | |
| 39.   PNC Bank-check | A | Interest | J | T | | | | | |
| 40.   PNC Bank--CD | A | Interest | J | T | | | | | |
| 41.   PNC Bank--CD | A | Interest | J | T | | | | | |
| 42.   Ohio Savings - savings | A | Interest | J | T | | | | | |
| 43.   IRA-Ohio Savings Bank (Amcap Class A Fd) | B | Dividend | K | T | | | | | |
| 44.   IRA-Ohio Savings Bank (CD) | B | Interest | K | T | | | | | |
| 45.   IRA-Prudential Equity Fund | C | Dividend | K | T | | | | | |
| 46.   IRA-Prudential Equity Fd. | C | Dividend | K | T | | | | | |
| 47.   Wife's SEP IRA (Securities America) lines 47-62 | E | Dividend | P1 | T | | | | | |
| 48.   American Gr. Fd of America | A | Dividend | M | T | | | | | |
| 49.   Fidelity Advisor Mid Cap Value Fd | B | Dividend | L | T | | | | | |
| 50.   Fidelity Select Energy | A | Dividend | K | T | | | | | |
| 51.   Franklin Mutual European Fund | B | Dividend | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Oppenheimer Dev. Markets Fd | A | Dividend | L | T | | | | | |
| 53. Prudential Jennison Blend Rd | A | Dividend | L | T | Buy | 06/10/15 | L | | |
| 54. T Rowe Price Small Cap Value Fd | A | Dividend | L | T | | | | | |
| 55. Vanguard Health Care Investor | A | Dividend | K | T | | | | | |
| 56. Vanguard Total Stock Market Index | B | Dividend | K | T | | | | | |
| 57. Vanguard 500 Index Admiral | C | Dividend | K | T | | | | | |
| 58. Pimco Income Fd | D | Dividend | M | T | | | | | |
| 59. Templeton Global Bond | C | Dividend | L | T | | | | | |
| 60. Vanguard Short Term Inv. Gr. Investor | B | Dividend | L | T | | | | | |
| 61. First Tr. Exchange Traded Fd | A | Dividend | K | T | Buy | 6/10/15 | K | | |
| 62. Ishares Biotechnology ETF | A | Dividend | K | T | Buy | 6/10/15 | K | | |
| 63. | | | | | | | | | |
| 64. Mentor Property,LLC$40,000--12/19/12 | A | Distribution | K | R | | | | | |
| 65. Norton Property, LLC $27,000 | A | Distribution | K | R | | | | | |
| 66. | | | | | | | | | |
| 67. Trust** (lines 67-130) | E | Int./Div. | P1 | T | | | | | |
| 68. --State of Israel Bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. --Tenneco common | A | Dividend | J | T | | | | | |
| 70. --JPMorgan Chase | A | Dividend | J | T | | | | | |
| 71. --M.Lynch Money Market | A | Interest | L | T | | | | | |
| 72. -- Israel Preferred | A | Dividend | J | T | | | | | |
| 73. --. Dev. Bank of Israel Pref. | A | Dividend | J | T | | | | | |
| 74. -- Amer.Fds New Persp Fd | A | Dividend | K | T | | | | | |
| 75. --American Washington Mut Fd | A | Dividend | K | T | Sold<br>(part) | 11/06/15 | K | C | |
| 76. -- Oakmark Intl Fund | A | Dividend | J | T | | | | | |
| 77. --Baron Growth Fd | A | Dividend | J | T | | | | | |
| 78. --US GNM Bonds | A | Interest | J | T | | | | | |
| 79. --Templeton Global Bond Fd | A | Dividend | | | Sold | 11/06/15 | K | A | |
| 80. --Eaton Vance Tax-Ad Fd | A | Dividend | K | T | | | | | |
| 81. Mainstay Large Cap Gr Fd | A | Dividend | K | T | Sold<br>(part) | 02/18/15 | K | A | |
| 82. Cohen & Steers Pref | B | Dividend | K | T | | | | | |
| 83. Cohen & Steers Reit | B | Dividend | K | T | | | | | |
| 84. Voya GNMA Inc Fd | A | Dividend | K | T | | | | | |
| 85. Lord Abbett Short Duration Inc Fd | B | Dividend | K | T | Buy | 02/19/15 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/15/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Mainstay Unconstrained Bd Fd | A | Dividend | K | | Sold | 06/10/15 | K | A | |
| 87. | | | | | | | | | |
| 88. --Money Market (Janney Adv) | A | Interest | K | T | | | | | |
| 89. CPS Technologies Corp. | A | Dividend | K | T | Buy | 12/31/15 | K | | |
| 90. Senomyx Inc | A | Dividend | K | T | Buy | 04/16/15 | K | | |
| 91. Senomyx Inc | A | Dividend | K | T | Buy (add'l) | 06/08/15 | K | | |
| 92. --Enbridge Energy Mgt. LLC | A | Dividend | K | T | Buy (add'l) | 10/26/15 | K | | |
| 93. Durect Corp. | A | Dividend | L | T | Buy (add'l) | 11/03/15 | K | | |
| 94. --Durect Corp. | A | Dividend | L | T | Sold (part) | 06/08/15 | K | C | |
| 95. Stratus Properties Inc | A | Dividend | M | T | Sold (part) | 10/26/15 | K | D | |
| 96. Perma-Fix Environmental | A | Dividend | L | T | | | | | |
| 97. Hudson Technologies | A | Dividend | K | T | Sold (part) | 08/04/15 | K | A | |
| 98. Vanguard Balanced Inc Fd | B | Dividend | L | T | | | | | |
| 99. Taylor Devices | A | Dividend | L | T | Sold (part) | 04/16/15 | K | D | |
| 100. Taylor Devices | A | Dividend | L | T | Sold (part) | 10/26/15 | K | D | |
| 101. | | | | | | | | | |
| 102. --Money Market (Wells Fargo) | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CBS Corp | A | Dividend | K | T | Buy | 11/05/15 | K | | |
| 104. --Laclede Gas common | B | Dividend | L | T | Buy (add'l) | 11/04/15 | K | | |
| 105. Mylan, Inc. | A | Dividend | | | Buy (add'l) | 03/02/15 | K | | |
| 106. Mylan, Inc. | A | Dividend | | | Sold (part) | 03/02/15 | K | E | |
| 107. Mylan, Inc. | A | Dividend | | | Sold | 12/15/15 | K | A | |
| 108. --Nuveen Ohio Munic. Fd | A | Dividend | J | T | | | | | |
| 109. Royce Value Trust Inc | A | Dividend | | | Sold | 11/21/15 | K | A | |
| 110. --Eaton Vance Tax Managed Gr. Fd (formerly E.V. Marath) | A | Dividend | L | T | | | | | |
| 111. --Cedar Fair | C | Dividend | L | T | Buy (add'l) | 01/16/15 | K | | |
| 112. --American Express Co. | A | Dividend | K | T | | | | | |
| 113. --Chevron/Texaco | B | Dividend | K | T | | | | | |
| 114. --XTO Energy (now Exxon Mobil after 2010 merger) | B | Dividend | L | T | | | | | |
| 115. --Enterprise Products | B | Dividend | K | T | | | | | |
| 116. --Caterpillar Inc | B | Dividend | K | T | | | | | |
| 117. Baxter International | A | Dividend | | | Sold | 03/11/15 | K | A | |
| 118. Williams Partners LP | A | Dividend | | | Sold | 01/06/15 | K | A | |
| 119. --IBM Corp. | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Emerson Electric Co. | A | Dividend | K | T | | | | | |
| 121. --Costco Wholesale Corp | A | Dividend | K | T | | | | | |
| 122. Hospitality Properties Reit Trust | B | Dividend | K | T | | | | | |
| 123. United Rentals Inc. | A | Dividend | K | T | | | | | |
| 124. --Vanguard Mid-Cap Fd | A | Dividend | K | T | | | | | |
| 125. Cincinnati Ohio Urban Redevelopment Bd | A | Interest | K | T | | | | | |
| 126. RMR Group Inc. | A | Dividend | J | T | Buy | 12/15/15 | J | | |
| 127. General Motors | A | Dividend | | | Buy | 11/04/15 | K | | |
| 128. General Motors | A | Dividend | | | Sold | 11/05/15 | K | A | |
| 129. --Embarq. (spinoff) | | | | | | | | | |
| 130. --Windstream (spinoff) | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/15/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 06/15/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Dan A. Polster**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544